UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WAYNE ROMANOWSKI,       )
                        )
          Plaintiff,    )          2:10-cv-1643-JCM-RJJ
                        )
vs.                     )
                        )
HILTON WORLDWIDE, INC., etc.,  )          O R D E R
*et al*.,               )
                        )
          Defendant,    )
_____)

This matter was referred to the undersigned Magistrate Judge on a Stipulation to Continue Early Neutral Evaluation Session (#12).

The Court having reviewed the Stipulation (#12) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Stipulation to Continue Early Neutral Evaluation Session (#12) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that the Stipulation to Continue Early Neutral Evaluation Session (#12) is GRANTED in that the Early Neutral Evaluation scheduled for December 16, 2010, is VACATED.

IT IS FURTHER ORDERED that the Stipulation to Continue Early Neutral Evaluation Session (#12) is DENIED as to all other requests in that the ENE will not be rescheduled and the parties are directed to proceed with discovery pursuant to the Scheduling Order (#13) in this case.

DATED this _28th_ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge