Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.McClane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE ROMANOWSKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE, INC, a foreign corporation; HILTON GRAND VACATIONS COMPANY LLC, a foreign limited liability company; and DOES and ROES 1- 100 inclusive<br><br>Defendants. | Case No. 2:10-cv-01643-JCM-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wayne Romanowski and Defendants Hilton Worldwide, Inc. and Hilton Grand Vacations Company LLC, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of March, 2011.

| NELSON LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ Nicholas L. Hamilton | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar No. 6433<br>Nicholas L. Hamilton, Bar No. 10893<br>8670 West Cheyenne Avenue, Ste. 120<br>Las Vegas, Nevada 89129 | Elayna J. Youchah, Bar # 5837<br>Lisa A. McClane, Bar #10139<br>3960 Howard Hughes Parkway, Ste. 450<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 29th day of March, 2011.

_____
U.S. District Judge